# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | AURELIA KAYE |
| **Case Number:** | 2:16-BK-00676-EPB   **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, JUNE 23, 2016 11:00 AM   7TH FLOOR #703 |
| **Bankruptcy Judge:** | EDDWARD P. BALLINGER JR. |
| **Courtroom Clerk:** | ANNETTE FRANCHELLO |
| **Reporter / ECR:** | MARGARET KELLY |

## Matter:

REAFFIRMATION AGREEMENT WITH FREEDOMROAD FINANCIAL

**R / M #:**   16 / 0

## Appearances:

ROBERTA J. SUNKIN, ATTORNEY FOR AURELIA KAYE
AURELIA KAYE, DEBTOR

## Proceedings:

The Court explains the consequences of entering into a reaffirmation agreement.

Ms. Aurelia has spoken with counsel and has no questions for the Court. She and Ms. Sunkin agree to vacating this hearing.

COURT: The Court is not granting or denying the reaffirmation agreement. IT IS ORDERED vacating this hearing subject to call.

Case 2:16-bk-00676-EPB   Doc 21   Filed 06/23/16   Entered 06/27/16 10:17:36   Desc
Main Document    Page 1 of 1

06/27/2016  10:17:27AM